# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaser Wasfy**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Desert Sands Restaurant Group, LLC d/b/a Flavors of Louisiana,** an Arizona corporation; and **Richard Hillstead,** an Arizona resident;<br><br>Defendants. | **Case No. CV-18-00841-PHX-DWL**<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 25).

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 5th day of November, 2018.

Dominic W. Lanza
United States District Judge